No. 1109. LaVallee, Warden, et al. *v.* Durocher et al. Motion of respondents for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Ronald J. Offenkrantz* and *Barry Mahoney,* Assistant Attorneys General, for petitioners. *Leon B. Polsky* for respondents.

Mr. Justice Harlan, dissenting.

I believe that the issue in this case has an importance which justifies departure from my usual practice of not noting a dissent to a denial of certiorari with which I do not agree. The issue is whether this Court's holding in *Gideon* v. *Wainwright,* 372 U. S. 335, is required to be given retroactive effect. That question; which is of continuing concern in the administration of criminal justice in a substantial number of States, deserves plenary consideration by this Court, which it has not yet had. See my dissenting opinion in *Pickelsimer* v. *Wainwright,* 375 U. S. 2, 3.

I would grant certiorari and set the case for argument.

No. 1214. Schenker et al. *v.* E. I. duPont de Nemours & Co., Inc., et al. C. A. 2d Cir. Certiorari denied. Mr. Justice Harlan and Mr. Justice White took no part in the consideration or decision of this petition. *David Schenker, pro se,* for petitioners. *John E. F. Wood, Philip C. Scott* and *Malcolm H. Bell* for respondents.

No. 914, Misc. Hill *v.* New York. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Frank S. Hogan* and *H. Richard Uviller* for respondent.